IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ALEX GILBERT, Inmate #B67251,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 01-286-CJP |
| | ) |
| **TIMOTHY COOK**, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**PROUD, Magistrate Judge:**

This action comes before the Court on the Court of Appeals for the Seventh Circuit's instruction to assess an initial partial filing fee so that plaintiff might proceed in forma pauperis on appeal. **(Doc. 111).**

**IT IS HEREBY ORDERED** that the agency having custody of plaintiff shall remit the appellate fee of **$255.00** from plaintiff's prison trust account, if available.

If **$255.00** is not available from plaintiff's prison trust account, **IT IS HEREBY ORDERED** that plaintiff shall pay the $255.00 filing fee applicable to this appeal as follows:

1. Plaintiff shall pay an initial partial filing fee of **$ 13.90**. *See* 28 U.S.C. § 1915(b)(1). The agency having custody of plaintiff is **DIRECTED** to transmit this amount from plaintiff's prison trust account to the Clerk of Court upon receipt of this Order.

2. Plaintiff shall make monthly payments of 20% of the preceding month's income credited to plaintiff's prison trust account until the appellate filing fee is paid in full.

3. The agency having custody of plaintiff shall forward payments from plaintiff's account to the Clerk of this Court each time the amount in the account exceeds $10 until the filing fees are paid. Payments shall be mailed to: Clerk of the Court, United

States District Court for the Southern District of Illinois, P.O. Box 249, East St. Louis, Illinois 62202.

Plaintiff is **ADVISED** that he is responsible for ensuring payment of the filing fees directed by this Order, and he should ensure that the agency having custody of him transmits the necessary funds.

Plaintiff is **FURTHER ADVISED** that the obligation to ensure full payment of the appellate filing fees imposed by this order shall not be relieved by his transfer to another prison.  Plaintiff is under a continuing obligation to keep the Clerk of this Court informed of any change in his whereabouts.  This shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs.

The Clerk is **DIRECTED** to mail a copy of this order to the plaintiff, to the Seventh Circuit Court of Appeals, and to the **Trust Fund Officer at Tamms Correctional Center** *upon entry of this Order*.

**IT IS SO ORDERED.**

**DATED: October 19, 2005**

                                                       **s/ Clifford J. Proud**
                                                       **CLIFFORD J. PROUD**
                                                       **U. S. MAGISTRATE JUDGE**