IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
MAR 2 0 2008
CLIFFORD J. PROUD
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| ALEX GILBERT, | ) |
|     Plaintiff, | ) ) ) |
| V. | )   Civil No. **01-286-CJP** |
| TIMOTHY COOK, et al., | ) ) ) |
|     Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

The Court of Appeals for the Seventh Circuit recently remanded the above-captioned case for a new trial. Counsel from the law firm of Kirkland & Ellis were appointed on appeal to represent plaintiff, and they have elected to continue to represent plaintiff. The parties, by and through counsel, appeared for a status conference on March 20, 2008.

Plaintiff orally moved to reopen discovery for a period of six months, citing perceived inequities during the original discovery phase when plaintiff was proceeding pro se, and their inability to gather original discovery materials from plaintiff. Defendants objected to reopening discovery. In light of the difficulties plaintiff's new attorneys have had in securing discovery materials from plaintiff, discovery will be reopened for six months. A second round of dispositive motions will not be permitted, except upon motion and for good cause shown.

**IT IS THEREFORE ORDERED** that plaintiff's motion to reopen discovery is **GRANTED**. All discovery shall be completed by **September 20, 2008**. In accordance with Federal Rule of Civil Procedure 30(a)(2), plaintiff and defendants are given leave to depose plaintiff and any

1

other inmate witnesses.

    A final pretrial conference will be set by separate notice.

**DATED: March 20, 2008**             <u>**s/ Clifford J. Proud**</u>
                                                   **CLIFFORD J. PROUD**
                                                   **U. S. MAGISTRATE JUDGE**