IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ALEX GILBERT,** )
)
       Plaintiff, )
)
V. ) Civil No. **01-286-CJP**
)
**TIMOTHY COOK, et al.,** )
)
       Defendants. )

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motions in limine 1-3 **(Doc. 157).** Plaintiff seeks to limit the introduction of evidence and commentary regarding: (1) plaintiff's inmate witnesses' prior convictions; (2) the size and location of plaintiff's attorneys' law firm; and (3) defendant Phelps' military service in Iraq and/or to Phelps being a "war hero." The defendants have filed a response. **(Doc. 165).**

    1.    **Plaintiff's Inmate Witnesses' Prior Convictions**

In accordance with Federal Rule of Evidence 609, evidence of plaintiff's inmate witnesses' prior convictions will be admitted, except those convictions excluded by the time parameters prescribed in Rule 609(b). The Court does not find that the relevance of such evidence is outweighed by undue prejudice; however, only the general nature of the conviction will be admitted, not the details of the crime itself. Accordingly, plaintiff's motion relative to evidence of plaintiff's inmate witnesses' prior convictions is **GRANTED IN PART AND DENIED IN PART**.

    2.    **The Size and Location of Plaintiff's Attorneys' Law Firm**

The defendants have no objection to plaintiff's motion to preclude evidence or commentary regarding the size and location of plaintiff's attorneys' law firm. Therefore, this aspect of plaintiff's motion is **GRANTED**.

3. **Defendant Phelps' Military Service and/or Record**

The defendants object to excluding all evidence regarding defendant Phelps' military service, in that Phelps would like to generally explain that he left the prison system and has been in military service for the intervening ten years and therefore may not have a fresh memory of the events at issue or prison procedures. Phelps has no objection to excluding commentary reflecting any "war hero" status, or the like.

Plaintiff's motion is **GRANTED IN PART AND DENIED IN PART**, in that Phelps will be permitted to generally explain that he left the prison system and has been in the military, but he will not be permitted to mention the specifics of his service, including his service in Iraq or any commendations.

**IT IS HEREBY ORDERED** that the subject motion **(Doc. 157)** is **GRANTED IN PART AND DENIED IN PART** as detailed above.

**IT IS SO ORDERED.**

**DATED: March 27, 2009**                   s/ Clifford J. Proud
                                            **CLIFFORD J. PROUD**
                                            **U. S. MAGISTRATE JUDGE**