IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ALEX GILBERT,**                          )
                                           )
                      Plaintiff,           )
                                           )
V.                                         )          Civil No. **01-286-CJP**
                                           )
**TIMOTHY COOK, et al.,**                  )
                                           )
                      Defendants.          )

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion in limine 4 **(Doc. 158).**  Plaintiff does not actually

seek to limit the introduction of evidence.  Rather, plaintiff seeks permission to  introduce

evidence and commentary regarding the "stairs incident," wherein the defendants allegedly

tripped plaintiff as he was being escorted up to his cell, just before the defendants allegedly

injured plaintiff during the process of placing him in his cell and removing he handcuffs.   The

defendants object that the "stairs incident" has already been found not to be a constitutional

violation, and there was no continuous altercation because plaintiff has testified that "some time

passed," because the defendants were having trouble with the key.  **(Doc. 166).**

The "stairs incident" is not at issue in this action.  However, evidence and commentary

regarding the alleged tripping as plaintiff was being escorted to his cell will be permitted, as it is

relevant as part of the *res gestae*– the complete environment.

**IT IS HEREBY ORDERED** that the subject motion **(Doc. 158)** is **GRANTED** as

1

detailed above.

**IT IS SO ORDERED.**

**DATED: March 27, 2009**          **s/ Clifford J. Proud**
                                    **CLIFFORD J. PROUD**
                                    **U. S. MAGISTRATE JUDGE**