## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ALEX GILBERT,** | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO. 01-286-CJP |
| | ) |
| **TIMOTHY COOK, NIGEL PHELPS, and** | ) |
| **KEVIN WALKER,** | ) |
| | ) |
| **Defendant(s).** | ) |

## JUDGMENT IN A CIVIL CASE

This case came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict.

THEREFORE, judgement is entered in favor of defendants **TIMOTHY COOK**, **NIGEL PHELPS**, and **KEVIN WALKER** and against plaintiff **ALEX GILBERT** in accordance with Jury Verdict returned on April 2, 2009, (Doc. 183).

Plaintiff shall take nothing from this action.

**DATED** this 3rd day of April, 2009

          **JUSTIN FLANAGAN, ACTING CLERK**

          **BY: S/ Angela Vehlewald**
                **Deputy Clerk**

**Approved by**    **S/ Clifford J. Proud**
         **United States Magistrate Judge**
            **Clifford J. Proud**